

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, April 15, 2015

No. 04-14-00761-CR

David **CHARLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5564
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

On April 7, 2015, appellant's attorney filed a response to this court's order dated April 6, 2015. On April 10, 2015, appellant's attorney filed a letter advisory. After reviewing these filings, the court has reconsidered the motion for leave to supplement the record filed on March 31, 2015. *See* TEX. R. APP. P. 34.5(c) (providing supplemental clerk's record to be requested by letter). This court's order of April 6, 2015 is WITHDRAWN.

In the response dated April 7, 2015 and advisory dated April 10, 2015, appellant's attorney explained the necessity that a supplemental clerk's record be filed containing designated documents from appellant's 2009 causes. The underlying trial court cause number 2012-CR-5564 involved the reindictment of charges previously pending in trial court cause numbers 2009-CR-6025 and 2009-CR-6026, which were dismissed three years after the indictments were returned in the 2009 causes and two weeks before the trial setting. At a pretrial hearing in the 2012 cause, the trial court made reference to adopting the motions filed in the 2009 causes and the rulings thereon. Counsel's request to supplement the record with designated documents is NOTED.

It is ORDERED that a supplemental clerk's record containing the document designated in Exhibit 1 to appellant's March 31, 2015 motion for leave to supplement and in Nancy Barohn's letter to Honorable Lori Valenzuela, dated March 31, 2015, be filed in this appeal no later than two weeks from the date of this order. The supplemental clerk's record should contain an index and the documents should be in chronological order. Appellant's counsel shall work with the appropriate clerk to ensure that **ALL** necessary documents are contained within the supplemental clerk's record.

In her motion for leave to supplement and in the advisory filed on April 10, 2015, appellant's attorney also referred to: (1) a hearing held in the 2009 causes on February 23, 2011; (2) the in camera exhibit from a hearing held in the 2009 causes on June 1, 2011; and (3) the open-ended possibility of the need to supplement the appellate record with additional reporter's records from hearings held in the 2009 causes.

It is ORDERED that appellant's attorney file a written notice in this court no later than two weeks from the date of this order listing all additional records of hearings that might be or will be requested in this appeal and providing copies of the letters sent to the court reporters responsible for preparing all of those records. Appellant's counsel shall ensure these reporter's records are filed with this Court on or before April 30, 2015.

Briefing deadlines shall be held in abeyance until the complete records are filed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court